470 A.2d 1024

Commonwealth v. Brewer, Appellant.

Submitted November 7, 1983. Judith A. Calkin, for appellant; William

588

A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Order affirmed.